IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ARTHUR CULBRETH, #214203   )
                                      )
       Petitioner,             )
v.                             )   CASE NO. 2:03-cv-218-F
                                    )       WO
CHERYL PRICE, *et al.*,        )
                                    )
       Respondents.       )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.    The petitioner's Objection to the Recommendation of the Magistrate Judge (Doc. # 30) filed on April 20, 2005 is OVERRULED.

2.    The Recommendation of the Magistrate Judge entered April 6, 2005 (Doc. # 26) is ADOPTED.

3.    The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

A separate final judgment shall be entered.

DONE this 27th day of April, 2005.

                                     /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE