IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR CULBRETH, #214203 )<br>)<br>Petitioner, )<br>v. )<br>)<br>CHERYL PRICE, *et al.*, )<br>)<br>Respondents. ) | CASE NO. 2:03-cv-218-F<br>WO |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of April, 2005.

                                                                          /s/ Mark E. Fuller
                                                CHIEF UNITED STATES DISTRICT JUDGE